FLND Form 245B (rev 12/2003) Judgment in a Criminal Case
3:06mj190 - ARNOLD S. LINDSAY, JR.

Page 1 of 4

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

-vs-

**ARNOLD S. LINDSAY, JR.**

Case # 3:06mj190

USM # 06315-017

**Defendant's Attorney:**
**Robert Dennis (AFPD)**
**3 West Garden Street**
**Pensacola, Florida   32502**

### JUDGMENT IN A CRIMINAL CASE

The defendant was found guilty on Count 1 of the Information on September 26, 2006. Accordingly, **IT IS ORDERED** that the defendant is adjudged guilty of such count(s) which involve(s) the following offense(s):

| TITLE/SECTION NUMBER | NATURE OF OFFENSE | DATE OFFENSE CONCLUDED | COUNT |
|---|---|---|---|
| 18 U.S.C. 1791 (a)(2) and (d)(1)(F) | Possession of Contraband in Prison | May 30, 2006 | 1 |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, including amendments effective subsequent to 1984, and the Sentencing Guidelines promulgated by the U.S. Sentencing Commission.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Date of Imposition of Sentence:
October 3, 2006

ELIZABETH M. TIMOTHY
UNITED STATES MAGISTRATE JUDGE

October 4, 2006

06 OCT -4  AM 9:43

FILED

*FLND Form 245B (rev 12/2003) Judgment in a Criminal Case*  
*3:06mj190 - ARNOLD S. LINDSAY, JR.*

*Page 2 of 4*

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **6 Months** to run concurrent with the term of imprisonment imposed in 3:06cr21/LAC.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By:_____
Deputy U.S. Marshal